**Dora L. ADKINS, Plaintiff-Appellant,**

v.

**PUBLIC STORAGE, Defendant-Appellee.**

**No. 17-1141**

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

Dora L. Adkins, Appellant Pro Se. Nathan D. Rozsa, SUROVELL ISAACS PETERSEN & LEVY, PLC, Fairfax, Virginia, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order dismissing her civil action and denying her leave to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Adkins v. Public Storage*, No. 1:16-cv-01556-JCC-IDD (E.D. Va. Jan. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*DISMISSED*